# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| THOMAS CALVIN TURNER 3 and G.T., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MCS, CRAIGMONT MIDDLE SCHOOL, MEMPHIS BOYS AND GIRLS CLUB, and CRAIGMONT HIGH SCHOOL, | ) ) ) ) |
| Defendants. | ) ) |

No. 2:24-cv-02978-SHL-atc

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' pro se Complaint (ECF No. 2), filed December 10, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Adopting Report and Recommendation and Dismissing Complaint Without Prejudice (ECF No. 18), filed August 27, 2025, all claims by Plaintiffs against Defendants are **DISMISSED WITHOUT PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 27, 2025
Date